No. 97–79. OVERCASH, GUARDIAN AD LITEM *v.* DOE ET UX. Sup. Ct. S. C. Motion of Alliance for Rights of Children et al. for leave to file a brief as *amici curiae* granted. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–92. IEYOUB, ATTORNEY GENERAL OF LOUISIANA, ET AL. *v.* CAUSEWAY MEDICAL SUITE ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE SCALIA would grant the petition for writ of certiorari.

No. 97–135. OLD VAIL PARTNERS *v.* COUNTY OF RIVERSIDE ET AL. C. A. 9th Cir. Motion of National Association of Home Builders et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 97–307. OSRAM SYLVANIA· PRODUCTS, INC. *v.* VON DER AHE ET AL. C. A. 9th Cir. Motions of American Petroleum Institute, Grocery Manufacturers of America, Inc., and Hewlett-Packard Co. et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–5133. PRESTON *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Motion of petitioner to strike respondent's brief in opposition denied. Certiorari denied.